USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/29/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                                  :

MARSHAGAY P. RODRIQUES,          :

                                   Plaintiff,    :        1:20-cv-2355-GHW

                    -against -                   :        <u>ORDER</u>

MEMORIAL SLOAN KETTERING CANCER  :
CENTER,

                                   Defendant.  :

-------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

       On April 21, 2020, the Court referred the parties in this case to mediation. Dkt. No. 6. The parties have not yet had the opportunity to participate in meditation. Therefore, for the reasons stated on the record during the September 29, 2020 conference, discovery is stayed pending the parties' participation in mediation. The parties are directed to write the Court if they wish to request a total or partial lift of the stay before that time.

       The Court will hold a pre-trial conference on December 14, 2020 at 4:00 p.m. The conference will be conducted by telephone. The parties are directed to the Court's Emergency Rules in Light of COVID-19, which are available on the Court's website, for the dial-in number and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Emergency Rules. As stated during the September 29, 2020 conference, the parties are further directed to confer and submit a proposed case management plan and scheduling order in advance of the pre-trial conference.

      Defense counsel is directed to mail a copy of this order to Plaintiff and to retain proof of service.

      SO ORDERED.

Dated:  September 29, 2020  
New York, New York

                                     GREGORY H. WOODS  
                                    United States District Judge