```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/9/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
MARSHAGAY P. RODRIQUES,                                        :
                                                               :
                                      Plaintiff,               :      1:20-cv-2355-GHW
                                                               :
               -against -                                      :      ORDER
                                                               :
MEMORIAL SLOAN KETTERING CANCER                                :
CENTER,                                                        :
                                                               :
                                      Defendant.               :
                                                               :
-------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

On April 21, 2020, the Court referred the parties in this case to mediation. Dkt. No. 6. The parties were unable to participate in mediation before the initial pretrial conference on September 29, 2020. *See* Dkt. Nos. 13, 15-16. Therefore, the Court stayed discovery in this case pending the parties' participation in mediation and scheduled a pretrial conference for December 14, 2020. Dkt. No. 16. The Court was informed that a mediator was assigned to this case on November 23, 2020.

The pretrial conference scheduled for December 14, 2020 is adjourned *sine die*. The parties are directed to write the Court regarding the status of this case, including whether the parties have had an opportunity to participate in mediation, no later than January 11, 2021.

Defense counsel is directed to mail a copy of this order to Plaintiff and to retain proof of service.

SO ORDERED.

Dated: December 9, 2020

_____
GREGORY H. WOODS
United States District Judge